Albert A. LEVIN and Arnold S. Levin, Appellants, v. IRVIN JACOBS & COMPANY, Appellee.

No. 11052.

United States Court of Appeals
Sixth Circuit.

Feb. 16, 1950.

Levin & Levin, Lorain, Ohio, for appellants.

Bolton, Taggart, Boer, Mierke & McClelland, Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record, and on the argument of the attorney for plaintiff and the briefs of both parties; all of which having been duly considered and it appearing for the reasons stated in the opinion of the district judge, 86 F.Supp. 850, that the cause was properly remanded to the state court;

The order of the District Court is affirmed.

---

William R. McCOMB, Administrator of the Wage and Hour Division, United States Department of Labor, Appellant, v. ROW RIVER LUMBER COMPANY, a corporation, Appellee.

No. 12154.

United States Court of Appeals
Ninth Circuit.

March 6, 1950.

See also 177 F.2d 129.

William S. Tyson, Solicitor, U. S. Dept. of Labor, Bessie Margolin, Asst. Sol., William A. Lowe, Joseph M. Stone and E. Gerald Lamboley, Attorneys, Washington, D. C., Kenneth C. Robertson, Regional Attorney, San Francisco, Cal., for appellant.

No other appearances were entered.

Before MATHEWS and BONE, Circuit Judges, and MATHES, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.

---

NATIONAL BANK OF COMMERCE IN MEMPHIS, Appellant, v. UNITED STATES of America, Appellee.

No. 10993.

United States Court of Appeals
Sixth Circuit.

Feb. 15, 1950.

W. G. Boone, of Canale, Glankler, Loch & Little, Memphis, Tenn., for appellant.

John Brown, Memphis, Tenn., Theron L. Caudle, Ellis N. Slack, and Lee A. Jackson, Washington, D. C., for appellee.

Before SIMONS, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the record and upon the briefs and oral arguments of attorneys representing the opposing parties; and, after full consideration,

It is ordered, that the judgment of the District Court be affirmed upon the findings of fact and conclusions of law filed therein and for the reasons stated in the opinion of the district judge. 87 F.Supp. 302.